UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Lisa J. Barr

_____

_____

_____
Plaintiff(s)

vs.

Western Illinois University

_____

_____

_____

_____
Defendant(s)

Case No: 10-1054

RECEIVED
MAR 0 3 2010
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I.  PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

   A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

   (X) YES

   ( ) NO

   B. If your answer is YES, describe the EEOC proceeding:

   1. Parties to the previous EEOC proceeding:
      Petitioner (s) Lisa J. Barr _____

      _____

      _____

Page 2

Respondent (s) _Western Illinois University_

2. Location of EEOC office that handled your charge _Chicago, IL_

3. Docket or case number of your charge: _440-2010-00847_

4. Disposition (what was the final result of your charge): (5.) "The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. "Dismissal & Right to Sue" letter Issued.
(Please See attached.)

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (X) YES

   ( ) NO

6. Date of filing charge before EEOC: _11/17/09 (Approx.)_

7. Date of disposition by EEOC: _12/08/09_

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   (X) NO

Page 3

    B. If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
Plaintiff(s) or petitioner(s) __N/A__

        Defendant(s) or respondent(s) __N/A__

        2. Name of court or agency: __N/A__

        3. Docket or case number: __N/A__

        4. Name of the judge or hearing officer: __N/A__

        5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? __N/A__

        6. Date of beginning previous proceeding: __N/A__

        7. Date of disposition of proceeding: __N/A__

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

    C.    Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)? *N/A*

        ( ) YES

        ( ) NO

III.    PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1. Your full name **Lisa J. Barr**

        2. Your address **P.O. Box 884, Macomb, IL 61455**

3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): **N/A**

(Use a separate sheet if necessary; label it clearly if so)

    B.    Have you attached a separate sheet naming other plaintiffs? *N/A*

        ( ) YES  *LJB*

        (X) NO

    C.    Defendant (s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

        1. Full name (individual or firm): **Western Illinois University, Macomb, IL 61455**

4

Page 5

    2. Business address: __1 University Circle__

    3. Job position (if individual) __Assistant Professor of Journalism & Mass Media Law__

    4. Status as an entity (if defendant is a business firm):

        ( ) Corporation

        ( ) Partnership

        ( ) Sole Proprietorship

        (X) Other __State University__

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it.  If the defendant will not tell you, leave this section blank.)

    5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): _____

_____

_____

_____

_____

(Use a separate sheet if necessary; label it clearly if so)

D.    Have you attached a separate sheet naming other defendants?

    ( ) YES

    (X) NO

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A. Were you:
( ) Not hired?
( ) Discharged?
( ) Suspended?
( ) Demoted?
( ) Denied Promotion?    Retaliation for EEOC-protected activities
( ) Denied Wage Increases?
(X) Other (please specify) Not retained / allowed to advance to PY4 of tenure track process, despite having met retention criteria.

B.    State here as briefly, concisely and clearly as possible the essential facts of your claim.  Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  Include precisely how each defendant in this action is involved.  Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you.  IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND.  AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I was non-renewed - not allowed to advance to PY4 of tenure track process, despite having met retention criteria. I was and remain an exemplary, high-achieving employee, whose immediate supervisor wanted retained.

Other employees have advanced much further than I through the tenure track process with far less exemplary performance.

This, I will show, was retaliation for EEOC-protected activities.

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V. RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(X) Should you prevail in this lawsuit, award you back pay.

(X) Should you prevail in this lawsuit, reinstate you in your old position.

( ) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(X) Other Attorneys' fees & damages. This institution has done this before & lost similar EEOC complaints.

VI. JURY DEMAND       (X) YES     ( ) NO

Signed this _____ day of _____, 20___.

*Lia J. Barr*

(Signature of Plaintiff or Plaintiffs)

ADDRESS: P.O. Box 884
Macomb, IL 61455

PHONE NO.: 607-767-9337

EEOC Form 161 (2/08)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Lisa Barr
P.O. Box 884
Macomb, IL 61455

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

CERTIFIED MAIL 7001 0320 0005 8565 6202    CP

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2010-00847 | Eric Lamb, Investigator | (312) 353-8766 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)    John P. Rowe,
District Director    12-8-09
(Date Mailed)

cc: WESTERN ILLINOIS UNIVERSITY