IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| LISA J. BARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  10-CV-1054 |
| ) | |
| WESTERN ILLINOIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On March 3, 2010, *pro se* Plaintiff filed her Complaint herein and all filing fees are paid in full.  However, Plaintiff has not taken steps to perfect service on Defendant.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint. On July 1, 2010,  the 120 days for service lapsed.  Plaintiff was reminded of the 120-day rule by this Court's text order of July 13, 2010 and advised if service was not perfected, the case was subject to dismissal for want of prosecution.  A status report was directed to be filed by 7/27/2010.  As of this date, *pro se* Plaintiff has failed to comply with Rule 4(m) or to file a status report herein.  The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.  See 28 U.S.C. § 636(b)(1).  Failure to file a timely objection will constitute a waiver of objections on appeal.  <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).  See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at her last known address.

ENTER:  August 4, 2010

FOR THE COURT:         *s/ Byron G. Cudmore*
                      _____
                       BYRON G. CUDMORE
                       UNITED STATES MAGISTRATE JUDGE