## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| LISA J. BARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.  10-cv-1054 |
| WESTERN ILLINOIS UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## <u>O R D E R  &  O P I N I O N</u>

This matter is before the Court on a Report & Recommendation ("R&R") from Magistrate Judge Byron Cudmore (Doc. 4), recommending that this matter be dismissed for failure to prosecute.  On March 3, 2010, Plaintiff filed its Complaint, but failed to serve Defendants with summons within the 120 days for service allowed by Federal Rule of Civil Procedure 4(m).  On July 13, 2010 Magistrate Judge Cudmore noted this deficiency, and ordered Plaintiff to file a status report by July 27, 2010 showing cause why the matter should not be dismissed for want of prosecution.  (7/13/10 Text Order).  Plaintiff filed no status report.

On August 4, 2010, Magistrate Judge Cudmore issued the instant R&R, and warned Plaintiff that failure to timely object to it would result in a waiver of objections to the R&R.  (Doc. 4).  Objections to the R&R were due by August 23, 2010, and none were filed.  As no timely objections to the R&R were filed, Plaintiff has waived any objections to it.  See 28 U.S.C. § 636(b)(1); *see also Video Views, Inc.*

*v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).  The Court finds that involuntary dismissal for failure to prosecute is appropriate, as Plaintiff has failed to serve Defendants and has failed to respond to the Court's order.

IT IS THEREFORE ORDERED that Magistrate Judge Cudmore's Report & Recommendation (Doc. 4) is hereby ADOPTED.  This matter is DISMISSED WITH PREJUDICE for failure to prosecute.

CASE TERMINATED.


Entered this <u>25th</u> day of August, 2010.

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                       United States Senior District Judge